UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER DEMOYA,

                  Plaintiff,

-against-

ERIC DEMOYA, et al.,

                  Defendants.

25-CV-1253 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff moves to reconsider the Court's Order of Dismissal at ECF No. 7. The Court dismissed this action for failing to timely serve the summons and Complaint and for otherwise failing to prosecute this action. Plaintiff, after many delays and after the date of counsel's requested "final extension," asks the Court to reconsider this decision. Plaintiff acknowledges that dismissing this action is proper, but requests that the Court dismiss it without prejudice. In light of the recent and tragic circumstances involving Plaintiff's counsel's family and what appears to be counsel's lack of diligence (as opposed to any purposeful conduct by Plaintiff), the Court grants the motion for reconsideration and dismisses this action without prejudice. The Clerk of Court is directed to terminate ECF Nos. 10, 11, 12, and 13.

Dated: August 19, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        JESSICA G. L. CLARKE
                                        United States District Judge